```
BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:13-cv-01842 KJM AC PS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RONNIE ALLEN LYLES | |
| Defendant. | |

The Court having reviewed the parties' Stipulation for Order Expunging False UCC-1 Lien, and for good cause shown, IT IS ORDERED that:

1.  UCC-1 Financing Statement, Document No. 32975250002, Filing No. 12-7311413508, filed on May 1, 2012, is hereby declared null, void, and of no legal effect, and the Secretary of State of California is hereby directed to expunge it from her records as follows.

2.  Leave is granted for plaintiff to file the judgment and order of this Court with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to the above specified UCC Financing Statement have or may have been filed by defendants;

3.  Defendant Ronnie Allen Lyles, his agents, employees, and all others acting in active concert or participation with him, are permanently enjoined from filing, or attempting to file, any document or instrument which purports to create or reflect any non-consensual lien or encumbrance

1. against the person or property of the federal employee named in the above-referenced UCC Financing Statement, or other employees or officers of the United States.  This permanent injunction does not prevent defendant from applying to any state or federal court of competent jurisdiction in order to obtain relief of any non-frivolous legal claim, and this injunction does not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction; and

    4.    The Clerk is directed to enter Judgment and close the case.

DATED:  January 30, 2014.

_____
UNITED STATES DISTRICT JUDGE

Order (Lyles)                                   2